1  FARTH SHAW LLP
   William M. Brown (SBN: 127562)
2  Kristine K. Blanco (SBN: 214250)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   AT&T CORP., erroneously sued as AT&T CORPORATION
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 | Daniel Valverde                  ) Case No. CIV S 03 2580 DFL JFM
                                      )
12 |        Plaintiff,                ) **STIPULATION AND ORDER TO**
                                      ) **AMEND RULE 26 (a)(2) EXPERT**
13 |   v.                             ) **DISCLOSURE DATES IN APRIL 15,**
                                      ) **2005 SCHEDULING ORDER**
14 | AT&T CORPORATION, and DOES ONE   )
   | THROUGH TWENTY, Inclusive        )
15 |                                  )
   |        Defendant.                )
16 |_____)

17      Plaintiff, DANIEL VALVERDE ("Plaintiff"), and Defendant, AT&T

18 CORP.("Defendant"), erroneously sued as AT&T CORPORATION, by and through their

19 respective counsel, hereby stipulate as follows:

20      1.   By order of the Court, this case was transferred from the Honorable Edward J.

21 Garcia to the Honorable David F. Levi on April 12, 2005.  Pursuant to that transfer, Judge Levi

22 issued an amended scheduling order dated April 15, 2005.

23      2.   The original scheduling order issued by Judge Garcia provided that Plaintiff was

24 to disclose expert witnesses pursuant to Fed. R. Civ. Pro. 26 (a)(2) on August 16, 2005, and

25 Defendant was to disclose expert witnesses on September 16, 2005.  The amended scheduling

26 order dated April 15, 2005 provides that both parties disclose expert witnesses on June 17, 2005.

27

28

SC1 17062280.1

3. The parties hereby stipulate to amend Judge Levi's April 15, 2005 scheduling order to provide for a staggered expert witness disclosure, requiring Plaintiff to disclose expert witnesses on June 17, 2005, and Defendant to disclose expert witnesses on July 17, 2005.

DATED: _____          LAW OFFICES OF RAND L. STEPHENS


By_____
     Rand L. Stephens
Attorneys for Plaintiff
DANIEL VALVERDE


DATED: _____          SEYFARTH SHAW LLP


By_____
     Kristine K. Blanco
Attorneys for Defendant
AT&T CORP., erroneously sued as AT&T CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 6/9/2005

_____
DAVID F. LEVI
United States District Judge

-2-

SC1 17062280.1