1  SEYFARTH SHAW LLP
   William M. Brown (SBN: 127562)
2  Kristine K. Blanco (SBN: 214250)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   AT&T CORP., erroneously sued as AT&T CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Daniel Valverde | ) Case No. CIV S 03 2580 DFL JFM |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND TIME FOR AT&T TO DISCLOSE EXPERT WITNESSES** |
| v. | ) |
| AT&T CORPORATION, and DOES ONE THROUGH TWENTY, Inclusive | ) |
| Defendant. | ) |

Plaintiff, DANIEL VALVERDE ("Plaintiff"), and Defendant, AT&T CORP.("Defendant"), erroneously sued as AT&T CORPORATION, by and through their respective counsel, hereby stipulate as follows:

1.  The parties are engaged in ongoing settlement discussions and anticipate that these discussions will resolve and/or terminate by Wednesday July 20, 2005.  As such, in order to avoid unnecessary time and expense, the parties stipulate that the time by which AT&T must disclose expert witnesses is hereby extended to July 22, 2005.

DATED: _____         LAW OFFICES OF RAND L. STEPHENS


                                     By_____
                                           Rand L. Stephens
                                     Attorneys for Plaintiff
                                     DANIEL VALVERDE


DATED: _____         SEYFARTH SHAW LLP


                                     By_____
                                           Kristine K. Blanco
                                     Attorneys for Defendant
                                     AT&T CORP., erroneously sued as AT&T
                                     CORPORATION


PURSUANT TO STIPULATION, IT IS SO ORDERED


DATED: 7/22/2005

                                     _____
                                     DAVID F. LEVI
                                     United States District Judge

-2-

SC1 17063637.1