WILLIAM C. SNEED, JR.
ATTORNEY AND COUNSELOR AT LAW
CALIFORNIA STATE BAR # 173576
3112 "O" STREET, SUITE 14
SACRAMENTO, CALIFORNIA  95816
TELEPHONE: (916) 737-1084
FACSIMILE: (916) 737-3171





Attorney for Plaintiff
DANIEL VALVERDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

✱ Filed in paper

| | |
|---|---|
| DANIEL VALVERDE ) | Case No. CIV S 03-2580 DFL JFM |
| Plaintiff, ) | |
| vs. ) | [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| AT&T CORPORATION, ) | ON MOTION FOR SUMMARY |
| Defendant. ) | JUDGMENT |

Defendant AT&T CORPORATION has filed a Motion for Summary Judgment currently set to be heard by the court on March 1, 2006 at 10:00 A.M.  Plaintiff, DANIEL VALVERDE, has secured the services of William C. Sneed, Jr., Attorney and Counselor at Law, to represent him in his opposition to the motion. The parties have agreed to continue the hearing date on the Motion for Summary Judgment as well as the dates for the Final Pre-Trial Conference and Trial.

The court after reviewing the submission of a stipulation of the parties agreeing to a continuance on the hearing date on the Motion for Summary Judgment and for a continuance of the Final Pre-Trial Conference and Trial date and good cause appearing;

**IT IS HEREBY ORDERED:**

ORDER CONTINUING HEARING ON
MOTION FOR SUMMARY JUDGMENT                    1.

1.    Defendant AT&T CORPORATION's Motion for Summary Judgment currently set for March 1, 2006 at 10:00 A.M. is hereby continued to March 29, 2006 at 10:00 A.M.

2.    Because of the continued date for the summary judgment motion, the Final Pre-Trial Conference is hereby continued to May 5, 2006 at 3:00 P.M. and the Trial Date is hereby continued to June 26, 2006 at 8:30 A.M.

DATED: 2/22/06

David F. Levi
United States District Judge

ORDER CONTINUING HEARING ON
MOTION FOR SUMMARY JUDGMENT          2.